United States District and Bankruptcy Courts
For the District of Columbia

Kathleen Black
6299 Broadway
Apartment C7
Riverdale, NY, 10471
(917) 794-6122

VS.

Case: 1:14-cv-02153   **JURY DEMAND**
Assigned To : Lamberth, Royce C.
Assign. Date : 12/22/2014
Description: Pro Se Gen. Civil

The United States Department of Justice
US Attorney General Eric H. Holder, Jr.
950 Pennsylvania, N.W.
Washington D.C. 20530

Federal Bureau of Investigation
Director: James B. Comey
935 Pennsylvania, N.W.
Washington D.C. 20535

Lisa Renda
CEO of BPA International Inc.
BPA International Inc.
One Old Country Road
Suite 330
Carle Place, NY, 11514

David Blackwell
President of BPA International
Global Operations
BPA International Inc.
One Old Country Road
Suite 330
Carle Place, NY, 11514

Brandon N. Weissler (Jr.)
16 Rustic Gate Ln
Dix Hills, NY, 11746
or possible other address
325 Mayfair Dr. N.
Brooklyn, NY, 11234

Giovanni Aguirre
12 Falmouth Lane    (Home)
Glen Head, NY, 11545

Operations Manager at (work)
BPA International Inc (address above)

RECEIVED NOV 25 2014 Clerk, U.S. District and

## COMPLAINT

I am filing an Employment Discrimination case against the Defendants listed above. I request the Basis of Jurisdiction to be based upon the first listed Defendant, the US Government, as the government is responsible

1

for the damage. I am requesting a Trial By Jury in U.S. District of Columbia, Federal Courthouse, as Sexual Harassment in my places of Employment instigated by a Federal Agency, has taken place in different states.

Employment Discrimination, 442 Civil Rights, sexual, discrimination and retaliation, have occurred while I worked as a Quality Assurance Analyst at BPA International, Inc.. Under Title VII of the Civil Rights Act of 1964, I was unlawfully discriminated against by my Employer and Defendants Bradon Weissler and Giovanni Aguirre. The employees and employer acted upon instruction of a Federal Agency to harass me based upon sex. Title VII prohibits discrimination and I was violated under Title VII and then retaliated against with the loss of my job. An EEOC Complaint was filed, enclosed. EEOC did absolutely nothing as per instruction by the U.S. Government. In fact, when I inquired about my file and the investigation, I was told there was no file. I was then given a Dismissal Notice when I requested the Right to Sue letter to move forward with the Complaint.

The facts are that I began my job in 12/09. I was placed next to Brandon Weissler once in awhile then permanently. He would rub his penis while staring at me. I asked to be moved about four times. Operations Manager, Giovanni ignored all requests, even though my Desk was permanently turned. A hostile work environment was created until I said that I would no longer sit there, Brandon Weissler disappeared permanently that day. And then, the matter was completely ignored. I was told an investigation would take place and it did not. I was harassed by the HR Manager to sign paperwork, and also a new HR Policy created two months after the incident.

I was then placed on a Team where the Leader, Alvin, had personal issues with me.

I overheard by an HR Support Manager that "they" planned to fire me.

All of the Sexual Harassment in New York and Pennsylvania has taken place with the cooperation of Employers and the Federal Government. I had a powerful family member with Government connections. I in inherited a multi-million Dollars estate. The US Government is involved in the estate case and has been torturing me for 32 yrs. I have experienced Sexual Harassment five times in the workplace, beginning at age 16 when my manager John Donnelly had to move me away from a Fed "Handler" who would come into the establishment and make inappropriate unwanted sexual comments to me. I am seeking punitive and compensatory Damages.

(917) 794-6122

Kathleen Black

Kathleen Black
6299 Broadway
Apt C71
Riverdale, NY
10471

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Kathleen Black
6299 Broadway, Apt. C-7
Bronx, NY 10471

From: New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2011-03195 | John B. Douglass, Supervisory Investigator | (212) 336-3765 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Kevin J. Berry_ (signed)       8-22-2014
Kevin J. Berry,                  (Date Mailed)
District Director

Enclosures(s)

CC: David Blackwell, Owner
BPA INTERNATIONAL INC.
One Old Country Road, Suite 330
Carle Place, NY 11514

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

RECEIVED AUG 2 2 2011 EEOC-NYDO-INTU

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"), REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**
Last Name: Kathleen Block   First Name: _____   MI: _____
Street or Mailing Address: 6299 Broadway   Apt or Unit #: _____
City: Riverdale   County: Bronx   State: NY   Zip: 10471
Phone Numbers: Home: (917) 756-6352   Work: (___)
Cell: (___)   Email Address: N/A
Date of Birth: _____   Sex: ☐ Male ☒ Female   Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino?  ☐ Yes ☒ No
ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native  ☐ Asian  ☒ White
☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander
iii. What is your National Origin (country of origin or ancestry)? American

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: _____   Relationship: _____
Address: _____   City: _____   State: _____   Zip Code: _____
Home Phone: (___)   Other Phone: (___)

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)
☒ Employer  ☐ Union  ☐ Employment Agency  ☐ Other (Please Specify) _____

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here__ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.
Organization Name: BPA International, Inc.
Address: One Old Country Road Ste 330   County: Nassau
City: Carle Place   State: NY   Zip: 11514   Phone: (516) 295-3620
Type of Business: Call Monitoring   Job Location if different from Org. Address: N/A
Human Resources Director or Owner Name: David Blackwell / Lisa Renda Blackwell   Phone: (516) 295-3620
Number of Employees in the Organization at All Locations: Please Check (✓) One
☐ Fewer Than 15   ☐ 15 – 100   ☒ 101 – 200   ☐ 201 – 500   ☐ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No
Date Hired: 12/09   Job Title At Hire: Quality Assurance Analyst
Pay Rate When Hired: $12/hr   Last or Current Pay Rate: $12/hr
Job Title at Time of Alleged Discrimination: QA Analyst   Date Quit/Discharged: 2/18/11
Name and Title of Immediate Supervisor: Gladys Belson  Human Resources Manager

1

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 520-2011-03195 |

**New York State Division Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Kathleen Black** | | |

| Street Address | City, State and ZIP Code |
|---|---|
| **6299 Broadway, Apt. C-7** | **Riverdale, NY 10471** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **BPA INTERNATIONAL, INC.** | **15+** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **One Old Country Road, Suite 330** | **Carle Place, NY 11514** |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (Specify) _Sexual harrassment_

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-26-2010   Latest: 02-18-2011

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

See Attached

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

9/20/11  /s/ Kathleen Black
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)